**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **MACROSOLVE, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | NO. 6:11cv101 JDL |
| | § | |
| **BRAZOS TECHNOLOGY** | § | PATENT CASE |
| **CORPORATION, et al.,** | § | |
| | § | |
| Defendants. | | |

## FINAL JUDGMENT

Pursuant to the Order granting the parties' Joint Motion to Dismiss, the Court hereby enters Final Judgment.  Plaintiff MacroSolve, Inc. ("MacroSolve") filed suit against four (4) Defendants in this case on March 4, 2011.  Since that time, all Defendants have been dismissed: Brazos Technology Corporation (Doc. No. 66); On The Spot Systems, Inc. (Doc. No. 41); Formstack, LLC (Doc. No. 71); and Blue Shoe Mobile Solutions, LLC (Doc. No. 46).

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**.  All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 30th day of May, 2012.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE